# Court of Appeals, State of Michigan

## ORDER

People of MI v Dominique Demetrius Miller

Docket No.    337460

LC No.    15-009753-01-FC

Michael J. Kelly
Presiding Judge

David H. Sawyer

Jane E. Markey
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued November 20, 2018 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 0 5 2019

Date

Chief Clerk